

**Payslip**

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Marina Hofman | | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| | E500104 | Salaried_Biweekly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Physician Account Exec-Est/Blt | UPMC Health Plan, Inc. |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 207 Lockart Terrace Floor 1 Philadelphia, PA 19116 US | Physician Account Exec-Est/Blt | 600 Grant Street Floor 56 Pittsburgh, PA 15219 US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 7-Sep-2025 | 20-Sep-2025 | 26-Sep-2025 | 76,559.34 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 2,944.72 | 57,474.99 |
| Imputed Earnings | 0.00 | 53.50 |
| Pretax Deductions | 129.90 | 2,598.00 |
| Employee Tax Deductions | 783.44 | 15,152.80 |
| Net Payment | 2,031.38 | 39,670.69 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Basic Life Taxable | 0.00 | 53.50 |
| Day Regular | 1,177.84 | 49,772.74 |
| Holiday Time Off Paid | 0.00 | 1,682.96 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 32.00 | Hours | 36.81 | 1.00 | 1,177.84 |
| PTO Entitlement | | | 48.00 | Hours | 36.81 | 1.00 | 1,766.88 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| PTO Entitlement Payment | 1,766.88 | 4,691.08 |
| PTO Sell Discretionary Disbursement Payment | 0.00 | 1,274.71 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Day Regular Hours Worked | 32.00 | 1,420.00 |
| Holiday Time Off Paid Hours Worked | 0.00 | 48.00 |
| PTO Entitlement Hours | 48.00 | 132.00 |
| PTO Sell Discretionary Disbursement Hours | 0.00 | 40.00 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Elite Vision EE Pre Tax | 8.01 | 160.20 |
| Extended Network Silver EE Pre Tax | 86.77 | 1,735.40 |
| Premium Dental EE Pre Tax | 35.12 | 702.40 |
| **Tax Deductions** | | |
| Description | Current | Year to Date |
| FIT Withheld | 369.49 | 7,077.56 |

**UPMC** LIFE CHANGING MEDICINE

**Payslip**

Page: 2 of 2

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| Social Security Employee Withheld | | | | 174.52 | **3,402.37** |
| Medicare Employee Withheld | | | | 40.82 | **795.72** |
| SIT Withheld (PA) | | | | 86.41 | **1,683.07** |
| SUI Employee Withheld (PA) | | | | 2.07 | **40.20** |
| City Withheld (PA,Philadelphia,Philadelphia) | | | | 110.13 | **2,153.88** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| ▮▮▮▮▮▮ | | | XXXXXX2346 | USD | **2,031.38** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| FEDERAL | Single | | **0.00** |
| PA | | | **0.00** |

**UPMC LIFE CHANGING MEDICINE**

**Payslip**  Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Marina Hofman | | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| | E500104 | Salaried_Biweekly |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Physician Account Exec-Est/Blt | UPMC Health Plan, Inc. |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 207 Lockart Terrace<br>Floor 1<br>Philadelphia, PA 19116<br>US | Physician Account Exec-Est/Blt | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 24-Aug-2025 | 6-Sep-2025 | 12-Sep-2025 | 76,559.34 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 2,951.13 | 54,530.27 |
| Imputed Earnings | 6.50 | 53.50 |
| Pretax Deductions | 129.90 | 2,468.10 |
| Employee Tax Deductions | 785.56 | 14,369.36 |
| Net Payment | 2,029.17 | 37,639.31 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Basic Life Taxable | 6.50 | 53.50 |
| Day Regular | 2,355.67 | 48,594.90 |
| Holiday Time Off Paid | 294.48 | 1,682.96 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 64.00 | Hours | 36.81 | 1.00 | 2,355.67 |
| Holiday Time Off Paid | | | 8.00 | Hours | 36.81 | 1.00 | 294.48 |
| PTO Entitlement | | | 8.00 | Hours | 36.81 | 1.00 | 294.48 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| PTO Entitlement Payment | 294.48 | 2,924.20 |
| PTO Sell Discretionary Disbursement Payment | 0.00 | 1,274.71 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Day Regular Hours Worked | 64.00 | 1,388.00 |
| Holiday Time Off Paid Hours Worked | 8.00 | 48.00 |
| PTO Entitlement Hours | 8.00 | 84.00 |
| PTO Sell Discretionary Disbursement Hours | 0.00 | 40.00 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Elite Vision EE Pre Tax | 8.01 | 152.19 |
| Extended Network Silver EE Pre Tax | 86.77 | 1,648.63 |
| Premium Dental EE Pre Tax | 35.12 | 667.28 |
| **Tax Deductions** | | |
| Description | Current | Year to Date |

**UPMC** LIFE CHANGING MEDICINE

**Payslip**

Page: 2 of 2

|  |  |  |
|---|---:|---:|
| FIT Withheld | **370.90** | **6,708.07** |
| Social Security Employee Withheld | **174.91** | **3,227.85** |
| Medicare Employee Withheld | **40.91** | **754.90** |
| SIT Withheld (PA) | **86.41** | **1,596.66** |
| SUI Employee Withheld (PA) | **2.06** | **38.13** |
| City Withheld (PA,Philadelphia,Philadelphia) | **110.37** | **2,043.75** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| ▉▉▉▉▉▉ | | | XXXXXX3848 | USD | **2,029.17** |

| Tax Withholding Information | | | |
|---|---|---|---:|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| FEDERAL | Single | | 0.00 |
| PA | | | 0.00 |



**Payslip**

Page: 1 of 2

| Employee Name<br>Marina Hofman | Payroll Relationship Number | Payroll<br>UPMC Biweekly Payroll |
|---|---|---|
| Person Number | Assignment Number<br>E500104 | Salary Basis Name<br>Salaried_Biweekly |
| | Job Title<br>Physician Account Exec-Est/Blt | Tax Reporting Unit Name<br>UPMC Health Plan, Inc. |
| Employee Address<br>207 Lockart Terrace<br>Floor 1<br>Philadelphia, PA 19116<br>US | Position<br>Physician Account Exec-Est/Blt | Tax Reporting Unit Address<br>600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type<br>Biweekly | Period Start Date<br>10-Aug-2025 | Period End Date<br>23-Aug-2025 | Payment Date<br>29-Aug-2025 | Base Salary<br>76,559.34 |
|---|---|---|---|---|

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 2,944.59 | 51,579.14 |
| Imputed Earnings | 0.00 | 47.00 |
| Pretax Deductions | 129.90 | 2,338.20 |
| Employee Tax Deductions | 783.38 | 13,583.80 |
| Net Payment | 2,031.31 | 35,610.14 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Basic Life Taxable | 0.00 | 47.00 |
| Day Regular | 2,944.59 | 46,239.23 |
| Holiday Time Off Paid | 0.00 | 1,388.48 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 80.00 | Hours | 36.81 | 1.00 | 2,944.59 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PTO Entitlement Payment | 0.00 | 2,629.72 |
| PTO Sell Discretionary Disbursement Payment | 0.00 | 1,274.71 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Day Regular Hours Worked | 80.00 | 1,324.00 |
| Holiday Time Off Paid Hours Worked | 0.00 | 40.00 |
| PTO Entitlement Hours | 0.00 | 76.00 |
| PTO Sell Discretionary Disbursement Hours | 0.00 | 40.00 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Elite Vision EE Pre Tax | 8.01 | 144.18 |
| Extended Network Silver EE Pre Tax | 86.77 | 1,561.86 |
| Premium Dental EE Pre Tax | 35.12 | 632.16 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 369.46 | 6,337.17 |
| Social Security Employee Withheld | 174.51 | 3,052.94 |

**UPMC** LIFE CHANGING MEDICINE

**Payslip**

Page: 2 of 2

| | | | | | |
|---|---|---|---|---|---|
| Medicare Employee Withheld | | | | **40.81** | **713.99** |
| SIT Withheld (PA) | | | | **86.41** | **1,510.25** |
| SUI Employee Withheld (PA) | | | | **2.06** | **36.07** |
| City Withheld (PA,Philadelphia,Philadelphia) | | | | **110.13** | **1,933.38** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| ▮▮▮▮▮ | | | XXXXXX3848 | USD | **2,031.31** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| FEDERAL | Single | | **0.00** |
| PA | | | **0.00** |



**Payslip**

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Marina Hofman | | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| | E500104 | Salaried |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Physician Account Exec-Est/Blt | UPMC Health Plan, Inc. |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 207 Lockart Terrace<br>Floor 1<br>Philadelphia, PA 19116<br>US | Physician Account Exec-Est/Blt | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 27-Jul-2025 | 9-Aug-2025 | 15-Aug-2025 | 76,559.34 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 2,944.61 | 48,634.55 |
| Imputed Earnings | 0.00 | 47.00 |
| Pretax Deductions | 129.90 | 2,208.30 |
| Employee Tax Deductions | 783.39 | 12,800.42 |
| Net Payment | 2,031.32 | 33,578.83 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Basic Life Taxable | 0.00 | 47.00 |
| Day Regular | 2,650.13 | 43,294.64 |
| Holiday Time Off Paid | 0.00 | 1,388.48 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 72.00 | Hours | 36.81 | 1.00 | 2,650.13 |
| PTO Entitlement | | | 8.00 | Hours | 36.81 | 1.00 | 294.48 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| PTO Entitlement Payment | 294.48 | 2,629.72 |
| PTO Sell Discretionary Disbursement Payment | 0.00 | 1,274.71 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Day Regular Hours Worked | 72.00 | 1,244.00 |
| Holiday Time Off Paid Hours Worked | 0.00 | 40.00 |
| PTO Entitlement Hours | 8.00 | 76.00 |
| PTO Sell Discretionary Disbursement Hours | 0.00 | 40.00 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Elite Vision EE Pre Tax | 8.01 | 136.17 |
| Extended Network Silver EE Pre Tax | 86.77 | 1,475.09 |
| Premium Dental EE Pre Tax | 35.12 | 597.04 |
| **Tax Deductions** | | |
| Description | Current | Year to Date |
| FIT Withheld | 369.47 | 5,967.71 |

|  |  |  |
|---|---:|---:|
| Social Security Employee Withheld | **174.51** | **2,878.43** |
| Medicare Employee Withheld | **40.81** | **673.18** |
| SIT Withheld (PA) | **86.41** | **1,423.84** |
| SUI Employee Withheld (PA) | **2.06** | **34.01** |
| City Withheld (PA,Philadelphia,Philadelphia) | **110.13** | **1,823.25** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| ▓▓▓▓▓ | | | XXXXXX3848 | USD | **2,031.32** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| FEDERAL | Single | | **0.00** |
| PA | | | **0.00** |



**Payslip**

Page: 1 of 2

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Marina Hofman | ▉ | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| ▉ | E500104 | Salaried |
| | **Job Title** | **Tax Reporting Unit Name** |
| | Physician Account Exec-Est/Blt | UPMC Health Plan, Inc. |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 207 Lockart Terrace<br>Floor 1<br>Philadelphia, PA 19116<br>US | Physician Account Exec-Est/Blt | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 13-Jul-2025 | 26-Jul-2025 | 1-Aug-2025 | 76,559.34 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 2,951.09 | 45,689.94 |
| Imputed Earnings | 6.50 | 47.00 |
| Pretax Deductions | 129.90 | 2,078.40 |
| Employee Tax Deductions | 785.56 | 12,017.03 |
| Net Payment | 2,029.13 | 31,547.51 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Basic Life Taxable | 6.50 | 47.00 |
| Day Regular | 2,944.59 | 40,644.51 |
| Holiday Time Off Paid | 0.00 | 1,388.48 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 80.00 | Hours | 36.81 | 1.00 | 2,944.59 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| PTO Entitlement Payment | 0.00 | 2,335.24 |
| PTO Sell Discretionary Disbursement Payment | 0.00 | 1,274.71 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Day Regular Hours Worked | 80.00 | 1,172.00 |
| Holiday Time Off Paid Hours Worked | 0.00 | 40.00 |
| PTO Entitlement Hours | 0.00 | 68.00 |
| PTO Sell Discretionary Disbursement Hours | 0.00 | 40.00 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Elite Vision EE Pre Tax | 8.01 | 128.16 |
| Extended Network Silver EE Pre Tax | 86.77 | 1,388.32 |
| Premium Dental EE Pre Tax | 35.12 | 561.92 |
| **Tax Deductions** | | |
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 370.89 | 5,598.24 |
| Social Security Employee Withheld | 174.92 | 2,703.92 |

**UPMC** LIFE CHANGING MEDICINE

**Payslip**

Page: 2 of 2

|  |  |  |
|---|---:|---:|
| Medicare Employee Withheld | **40.91** | **632.37** |
| SIT Withheld (PA) | **86.41** | **1,337.43** |
| SUI Employee Withheld (PA) | **2.06** | **31.95** |
| City Withheld (PA,Philadelphia,Philadelphia) | **110.37** | **1,713.12** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| ▉ |  |  | XXXXXX3848 | USD | **2,029.13** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| FEDERAL | Single |  | **0.00** |
| PA |  |  | **0.00** |